1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD GIER, SR.,                              No.  2:13-cv-0012-KJN

12                     Plaintiff,

13         v.                                        ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                       Defendant.
16

17

18         Plaintiff Donald Gier, Sr., who is represented by counsel, commenced this social security

19    action on January 2, 2013.  (ECF No. 1.)  On August 30, 2013, plaintiff filed a motion for

20    summary judgment.  (ECF No. 15.)  Thereafter, on September 15, 2013, plaintiff filed a "notice

21    of provisional grant of subsequent claim," indicating that plaintiff has been provisionally granted

22    benefits upon making an application subsequent to the one before the court.  (ECF No. 18.)

23         In light of this filing, the parties are ordered to meet and confer regarding the impact of

24    the provisional grant, including whether the current action is fully or partially mooted by that

25    decision and/or whether a voluntary remand of the action may be appropriate.  The court will be

26    willing to entertain any stipulation in that regard.  However, if the Commissioner determines that

27    the decision has no impact on this case, the Commissioner shall include specific briefing

28    regarding that issue as part of its cross-motion for summary judgment.  The court will also

                                                    1

1 consider an appropriate stipulation for extension by the parties to allow the Commissioner some

2 additional time to consider and brief the issue, if necessary.

3      IT IS SO ORDERED.

4 Dated:  September 17, 2013

5

6 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28