UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GIER, SR., | No. 2:13-cv-0012-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the parties' stipulation filed on September 24, 2013 (ECF No. 20), the Commissioner shall have until October 30, 2013, to respond to plaintiff's motion for summary judgment. The court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated: September 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1