1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD GIER, SR.,                              No.  2:13-cv-0012-KJN

12              Plaintiff,

13         v.                                        ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                Defendant.
16

17

18         Based on the parties' stipulation filed on September 24, 2013 (ECF No. 20), the

19    Commissioner shall have until October 30, 2013, to respond to plaintiff's motion for summary

20    judgment.  The court's scheduling order shall be modified accordingly.

21         IT IS SO ORDERED.

22    Dated:  September 25, 2013

23                                                   _____

24                                                   KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28
                                                1