**JESSE S. KAPLAN CSB#103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**DONALD GIER**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-O0O0O-

| | |
|---|---|
| DONALD GIER,, | No. 2:13-CV-00012-KJN |
| Plaintiff, | REQUEST AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF BY ONE DAY |
| v. | |
| CAROLYN COLVIN, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

### REQUEST FOR EXTENSION OF TIME

Plaintiff DONALD GIER makes a first request for extension of time to file his reply brief. This request is for one additional day, to tomorrow, November 22, 2013. The reason for this is essentially the press of business. Because of a number of other cases, the reply brief is only in a rather partial and inadequate form, and commitments and appointments today would permit only a limited amount of time to be devoted to the brief.

Defendant's counsel has indicated the government does not object to this request.

**ORDER**

IT IS SO ORDERED.  Plaintiff's reply brief shall be filed no later than November 22, 2013.  This order disposes of ECF No. 27.

Dated:  November 22, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE